IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brandon Mockbee,

    Plaintiff(s),

vs.

Scioto County Adult Parole Authorities, et al.,

    Defendant(s).

Case Number: 1:17cv254

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 22, 2017 a Report and Recommendation (Doc. 8). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 13).

The plaintiff filed a motion to extend the time to file additional objections to the Report and Recommendation (Doc. 14) which the Court GRANTED and gave the plaintiff until July 11, 2017 to file his objections. At this time no additional objections have been filed.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's amended complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an appeal of any Order adopting the Report and Recommendation will not be taken in good faith

therefore denying plaintiff leave to appeal *in forma pauperis*. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

   IT IS SO ORDERED.

               ___s/Susan J. Dlott_____
               Judge Susan J. Dlott
               United States District Court