IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Brandon Mockbee, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:17cv254 |
| | : Judge Susan J. Dlott |
| Scioto County Adult Parole Authorities, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 17, 2018 (Doc. 22), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 31, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, in view of the Court's Order and Judgment entry dismissing plaintiff's case pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) (Docs. 16 and 17), plaintiff lacks authority to file, and the Court lacks any basis upon which to consider plaintiff's filings. Moreover, the Court notes that plaintiff's post-judgment motions are unrelated to the dismissed claims in this matter. Plaintiff's post-judgment motions involve different parties and concern issues with his mail and prison payroll account withdrawals at the Miami Correctional Institution. (*See* Docs. 18, 20, 21). If plaintiff wishes to pursue these issues, he must file a separate lawsuit and not file post-judgment motions in this matter.

Therefore, plaintiff's post-judgment motions for contempt (Doc. 18, 21) and sanctions (Doc. 19) are DENIED.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court